UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) CASE NO.: | |
| | ) | |
| LEAVE OF ABSENCE REQUEST | ) | CR116-021, US v. V. Allen |
| FOR C. TROY CLARK | ) | |
| September 12 – September 14, 2016 | ) | |
| October 10 – October 14, 2016 | ) | |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney C. Troy Clark for the following dates:

September 12 through September 14, 2016 for travel to Tennessee to speak to various classes at his alma matter, Freed-Hardeman University, and to meet with faculty and administration about the development of pre-law, criminal justice, and financial fraud classes; and

October 10 through October 14, 2016, for family vacation outside of the district, the same is hereby GRANTED.

This _18_ day of _July_, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA